# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:22−cv−11733−GAD−EAS

| | |
|---|---|
| Taylor−Livas v. Dykema Gossett P.L.L.C. | Date Filed: 07/27/2022 |
| Assigned to: District Judge Gershwin A. Drain | Date Terminated: 11/01/2022 |
| Referred to: Magistrate Judge Elizabeth A. Stafford | Jury Demand: Plaintiff |
| Cause: 42:2000e Job Discrimination (Employment) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Heather Taylor−Livas** | represented by | **Scott P. Batey** |
| | | Batey Law Firm, PLLC |
| | | 30200 Telegraph Road |
| | | Suite 400 |
| | | Bingham Farms, MI 48025 |
| | | 248−540−6800 |
| | | Fax: 248−540−6814 |
| | | Email: SBatey@BateyLaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Sworn* |

V.

**Defendant**

| | | |
|---|---|---|
| **Dykema Gossett P.L.L.C.** | represented by | **Elizabeth P. Hardy** |
| | | Kienbaum Hardy Viviano Pelton & Forrest, P.L.C. |
| | | 280 N. Old Woodward Avenue |
| | | Suite 400 |
| | | Birmingham, MI 48009 |
| | | 248−645−0000 |
| | | Fax: 248−645−1385 |
| | | Email: ehardy@khvpf.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Sworn* |
| | | |
| | | **Thomas J. Davis** |
| | | Kienbaum Hardy Viviano Pelton & Forrest, P.L.C. |
| | | 280 N. Old Woodward Avenue |
| | | Suite 400 |
| | | Birmingham, MI 48009 |
| | | 248−645−0000 |
| | | Fax: 248−645−1385 |
| | | Email: tdavis@khvpf.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Bar Status: Sworn* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2022 | Ï 1 | COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: AMIEDC–8993928 – Fee: $ 402. County of 1st Plaintiff: Ingham – County Where Action Arose: Ingham – County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): None] (Batey, Scott) (Entered: 07/27/2022) |
| 07/27/2022 | Ï | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (LGra) (Entered: 07/27/2022) |
| 07/27/2022 | Ï 2 | SUMMONS Issued for *Dykema Gossett P.L.L.C.* (LGra) (Entered: 07/27/2022) |
| 08/08/2022 | Ï 3 | CERTIFICATE OF SERVICE by All Plaintiffs (Batey, Scott) (Entered: 08/08/2022) |
| 08/19/2022 | Ï 4 | STIPULATED ORDER to Extend Time for Defendant Dykema Gossett, PLLC to Respond to Plaintiff's 1 Complaint, (**Response due by 9/19/2022**) Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 08/19/2022) |
| 09/13/2022 | Ï 5 | STIPULATED ORDER to Extend time for Defendant Dykema Gossett, PLLC to Respond to Plaintiff's 1 Complaint, (**Response due by 10/24/2022**) Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 09/13/2022) |
| 09/16/2022 | Ï 6 | NOTICE of Appearance by Elizabeth P. Hardy on behalf of Dykema Gossett P.L.L.C.. (Hardy, Elizabeth) (Entered: 09/16/2022) |
| 09/16/2022 | Ï 7 | NOTICE of Appearance by Thomas J. Davis on behalf of Dykema Gossett P.L.L.C.. (Davis, Thomas) (Entered: 09/16/2022) |
| 10/24/2022 | Ï 8 | ANSWER to Complaint with Affirmative Defenses *Answer and Affirmative Defenses to Plaintiff's Complaint and Jury Demand* by Dykema Gossett P.L.L.C.. (Davis, Thomas) (Entered: 10/24/2022) |
| 10/24/2022 | Ï 9 | STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Dykema Gossett P.L.L.C. identifying Corporate Parent Dykema Gossett P.L.L.C. for Dykema Gossett P.L.L.C.. (Davis, Thomas) (Entered: 10/24/2022) |
| 10/26/2022 | Ï 10 | NOTICE TO APPEAR BY VIDEO CONFERENCE: **Scheduling Conference set for 11/8/2022 at 4:00 PM before District Judge Gershwin A. Drain** (TMcg) (Entered: 10/26/2022) |
| 11/01/2022 | Ï | TEXT–ONLY NOTICE:Scheduling Conference Hearing on 11/8/2022 is Cancelled re 10 Notice to Appear (TMcg) (Entered: 11/01/2022) |
| 11/01/2022 | Ï 11 | ORDER TRANSFERRING plaintiff's complaint to the United States District Court for the Western District of Michigan. Signed by District Judge Gershwin A. Drain. (TTho) (Entered: 11/01/2022) |