UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER TAYLOR–LIVAS,

      Plaintiff,                                Case No. 1:22–cv–1021

v.                                            Hon. Jane M. Beckering

GOSSETT P.L.L.C. DYKEMA,

      Defendant.
_____/

**NOTICE OF RECEIPT OF CASE**

      NOTICE is hereby given that this case has been received Michigan Eastern, and filed in this court on November 2, 2022. It has been assigned the case number and judge set forth above.

                                                  CLERK OF COURT

Dated: November 2, 2022      By:  /s/ E. Doerr_____
                                                        Deputy Clerk