UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER TAYLOR–LIVAS,

      Plaintiff,               Case No. 1:22–cv–1021

  v.                             Hon. Jane M. Beckering

DYKEMA GOSSETT P.L.L.C. ,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Telephone Sched Conf (R16) |
| Date/Time: | December 15, 2022   10:30 AM<br>*(previously set for 12/15/2022 at 1:30 PM before District Judge Beckering)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | |

*Plaintiff's counsel shall initiate the telephone conference. Judge Kent's chambers can be reached at (616) 456–2568.*

                                                  RAY KENT
                                                  U.S. Magistrate Judge

Dated:   December 8, 2022        By:   /s/ Faith Hunter Webb
                                                  Judicial Assistant