UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:22-cv-01021-JMB-RSK | |
| **Caption:**   Taylor-Livas v. Dykema Gossett P.L.L.C. | |

| **Date:** February 13, 2023 | **Time:** 1:29 - 4:51 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Scott Preston Batey | Heather Taylor-Livas |
| **DEFENDANT:** | Thomas J. Davis | Dykema Gossett, P.L.L.C. |

**PROCEEDINGS**

**NATURE OF HEARING:**

**EARLY SETTLEMENT CONFERENCE held.**

**The parties did reach a settlement of the case.**

**Closing documents to be submitted within 28 days.**

| Event | Time | Digitally recorded |
|---|---|---|
| Opening comments / remarks | 1:29 - 1:30 p.m. | Yes |
| Settlement discussions between Judge and parties | 1:30 - 4:48 p.m. | No |
| Settlement terms discussed | 4:48 - 4:51 p.m. | No |

Portion of Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter